# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3502

_____

United States of America,

        Appellee,

v.

Chucky L. Wanton,

        Appellant.

\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Western District of Arkansas.
\*
\*     [UNPUBLISHED]
\*

_____

Submitted: September 27, 2007
Filed: October 18, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Chucky L. Wanton appeals the 135-month prison sentence the district court[1] imposed after he pleaded guilty to distributing more than 50 grams of crack cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii). In a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), Wanton's counsel seeks to withdraw and questions the sentence's reasonableness.

_____

     [1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

We conclude that Wanton's sentence--at the bottom of the applicable Guidelines range, and imposed following proper consideration of the 18 U.S.C. § 3553(a) factors--is not unreasonable.  See Rita v. United States, 127 S. Ct. 2456, 2467-68 (2007) (allowing appellate presumption of reasonableness for sentences within Guidelines range); United States v. Booker, 543 U.S. 220, 261 (2005) (appellate courts review sentences for unreasonableness using § 3553(a) as guide). After reviewing the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel leave to withdraw, and we affirm.

_____